Viola M. Stevens, Appellant, v. Johnny Moore, Trading as Johnny Moore Trucking Company, Appellee.

opinion filed March 2, 1943. Eugene White and Rolla Babcock, for appellant; Mills, Umfleet & Mills, for appellee; A. N. Tolliver, of counsel. Opinion by JUSTICE STONE. "Not to be published in full."

Peter Stephens, Appellee, v. Railway Express Agency, Inc., Appellant.

Gen. No. 42,327.

opinion filed March 10, 1943. John A. Dill, for appellant; Emil Seerup, of counsel; Benjamin J. Schultz, for appellee. Opinion by PRESIDING JUSTICE BURKE. "Not to be published in full."